IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BRIAN HAMILTON,

    Plaintiff,

v.

DR. JAVATE; DR. HEDDEN; R.N. WALL; SRYN GRANT; DR. R. DELGADO; DR. G. THIEL; L.D. ZAMORA; J. KELSO,

    Defendants

                             /

No. C 12-4279 WHA (PR)

**ORDER GRANTING EXTENSION OF TIME TO APPEAL; INSTRUCTIONS TO CLERK**

      Plaintiff, a California prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. 1983. Defendants's motion to dismiss was granted and judgment was entered in their favor. Per the instructions of the United States Court of Appeals for the Ninth Circuit, the untimely notice of appeal is construed as including a timely motion for an extension of time to appeal pursuant to Rule 4(a)(5) of the Federal Rules of Civil Procedure. An extension of time to appeal is **GRANTED** to and including June 6, 2013, such that the notice of appeal is timely.

      The Clerk shall transmit a copy of this order to the Court of Appeals and process the appeal.

      **IT IS SO ORDERED.**

Dated: July  3 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE