IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>DR. JAVATE; DR. HEDDEN; R.N. WALL; SRYN GRANT; DR. R. DELGADO; DR. G. THIEL; L.D. ZAMORA; J. KELSO,<br><br>    Defendants<br>                                                   / | No. C 12-4279 WHA (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

      Plaintiff, a California prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. 1983. Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, the Court finds that the appeal is frivolous and therefore leave to proceed in forma pauperis on appeal is **DENIED**. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

      The Clerk shall transmit a copy of this order to the Court of Appeals.

      **IT IS SO ORDERED.**

Dated: July 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE